1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                            NORTHERN DISTRICT OF CALIFORNIA

9

10   IN RE: GEORGE E. DAWSON et al,              No. C 06-6038   MHP

11                                               **ORDER OF RECUSAL AND
                                                 REASSIGNMENT**
12   _____/

13

14        I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action,

15   hereby recuse myself from this case.

16        This matter is hereby referred to the Assignment Committee for reassignment to another

17   United States District Judge for all further proceedings, including all pretrial and trial proceedings,

18   and the entry of final judgment.  The current scheduled dates shall be maintained except as modified

19   or rescheduled in accordance with instructions by the reassigned Judge.

20

21        **IT IS SO ORDERED.**

22

23

24

25   Dated: October 4, 2006                  _____

26                                           MARILYN HALL PATEL
                                             United States District Judge
27

28

Dockets.Justia.com