UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

        A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 01-02367 CW**      **Dawson et al v. Washington Mutual Bank, F.A.**

**C 06-05403 PJH**      **Washington Mutual Bank v. Dawson, et al.**

        **I find that the above case is related to the case assigned to me.   CW**

**C 06-06038 CW**      **Dawson et al v. Washington Mutual Bank**

        **I find that the above case is related to the case assigned to me.   CW**

**ORDER**

        Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge **("CW")** immediately after the case number. Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this Court for docketing and issuance of a briefing schedule. **A status conference will be held on February 16, 2007, at 1:30 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue**.

Dated: 10/30/06                              *Claudia Wilken*
                                                  Judge Claudia Wilken

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____   **By:** _____
                                                                                                 **Deputy Clerk**

Copies to:  Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____(date)