| | |
|---|---|
| 1 | WILLIAM G. MALCOLM, P.C., #129271 |
|   | DONALD ROBINSON #123411 |
| 2 | MALCOLM ♦ CISNEROS, A Law Corporation |
|   | 2112 Business Center Drive |
| 3 | Second Floor |
|   | Irvine, CA 92612 |
| 4 | Phone (949) 252-9400 |
|   | Facsimile (949) 252-1032 |
| 5 | |
|   | Attorneys for Appellant, |
| 6 | WASHINGTON MUTUAL BANK, FA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | | |
|---|---|---|
| In re | ) | Case No. 4:06-CV-05403 CW |
|  | ) | 4:01-CV-02367 CW |
| GEORGE E. DAWSON and BARBARA J. DAWSON, | ) | 4:06-CV-06038 CW |
|  | ) | |
| Debtors. | ) | Bankruptcy Case No. 98-45213 TG |
|  | ) | |
|  | ) | Adversary Case No.: 98-4796 AT |
| WASHINGTON MUTUAL BANK fka WASHINGTON MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a Federal Savings Bank, | ) | **STIPULATION TO DISMISS APPEAL AND CROSS APPEAL; ORDER THEREON** |
| Appellant/ Cross-Appellee | ) | |
| -vs- | ) | |
| GEORGE E. DAWSON and BARBARA J. DAWSON, | ) | |
| Appellee/ Cross-Appellant. | ) | |

Appellant/Cross-Appellee, WASHINGTON MUTUAL BANK fka WASHINGTON MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a Federal Savings Bank, by and through its attorneys of record, MALCOLM CISNEROS, by WILLIAM G. MALCOLM, and Appellee/Cross-Appellant, BARBARA J. DAWSON, successor to GEORGE DAWSON, deceased, by and through her attorney

1  of record, A. CHARLES DELL'ARIO, a Professional corporation, by A. CHARLES
2  DELL'ARIO, have settled their dispute and agree to dismiss the instant appeal (Case
3  No. CV06-05403 CW) and the related cross-appeals (Case Nos. CV01-02367CW and
4  CV06-06038 CW).  The confidential settlement agreement between the parties
5  resolves costs on appeal.

6  DATED:   January 5, 2007                    MALCOLM♦CISNEROS,
                                               A Law Corporation
7

8                                              /s/ William G. Malcolm

9                                         By: _____
                                               WILLIAM G. MALCOLM
10                                             Attorney for Appellant/Cross-Appellee
                                               WASHINGTON MUTUAL BANK FKA
11                                             WASHINGTON MUTUAL BANK, F.A.
                                               SUCCESSOR TO GREAT WESTERN BANK
12
    DATED: January 7, 2007                     LAW OFFICE OF A. CHARLES DELL'ARIO
13

14                                             /s/ A. Charles Dell'Ario

15                                         By :_____
                                               A. CHARLES DELL'ARIO
16                                             Attorneys for Appellee/Cross-Appellant
                                               BARBARA J. DAWSON, successor to
17                                             GEORGE E. DAWSON, deceased

18

19     **IT IS SO ORDERED.**

20                                             *Claudia Wilken* (signature)

    **Dated: 1/8/07**
21                                             _____
                                               **THE HON. CLAUDIA WILKEN**
22                                             **United States District Court Judge**

23

24

25

26

27

28

---

STIPULATION FOR DISMISSAL OF APPEAL: ORDER THEREON
~0428799.WPD                              2